

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2022

No. 04-21-00494-CR

Harvey **GUTIERREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 620144
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Appellant's brief was originally due January 27, 2022. We granted appellant's first motion for extension of time, extending the deadline for filing the brief to February 28, 2022. On March 2, 2022, appellant filed a motion requesting an additional extension of time to file the brief until March 30, 2022, for a total extension of sixty-two days. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by March 30, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court